UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA KOUSSA,<br><br>       Plaintiff,<br><br>v.<br><br>RREI OSR, LLC, a California Limited Liability Company; and Does 1-10,<br><br>       Defendants. | **Case: No.:** 3:16-CV-05275-MEJ<br><br>[~~proposed~~] **ORDER GRANTING JOINT STIPULATION TO EXTEND SITE INSPECTION DEADLINE** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The deadline to hold a joint site inspection of the premises shall be extended to and including January 30, 2017.

2. All other deadlines that are calculated based on the inspection date will be adjusted accordingly.

IT IS SO ORDERED.

1

ORDER Granting Joint Stip                           Case No.: 3:16-CV-05275-MEJ

1
2  Dated: December 8, 2016          _____
3                                   HONORABLE MARIA-ELENA JAMES
4                                   UNITED STATES MAGISTRATE JUDGE

ORDER Granting Joint Stip                    Case No.: 3:16-CV-05275-MEJ