CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

CRIS C. VAUGHAN (SBN: 99568)
cvaughan@adasolutionsgroup.com
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA 95650
Telephone: (916) 660-9401
Facsimile: (916) 660-9378
Attorney for Defendant, RREI OSR, LLC, a California Limited Liability Company

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA KOUSSA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RREI OSR, LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　　　Defendants. | Case: 3:16-CV-05275-MEJ<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

## **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: March 24, 2017            CENTER FOR DISABILITY ACCESS

                                          By: /s/ Phyl Grace
                                                 Phyl Grace
                                                 Attorneys for Plaintiff

Dated: March 24, 2017            VAUGHAN & ASSOCIATES

                                          By: /s/ Cris C. Vaughan
                                                 Cris C. Vaughan
                                                 Attorney for Defendant
                                                 RREI OSR, LLC, a California Limited Liability Company c.

## **SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Cris C. Vaughan, counsel for RREI OSR, LLC, a California Limited Liability Company, and that I have obtained Mr. Vaughan's authorization to affix his electronic signature to this document.

Dated: March 24, 2017         CENTER FOR DISABILITY ACCESS

                              By: /s/ Phyl Grace
                                  Phyl Grace
                                  Attorneys for Plaintiff